SCANNED at PENDLETON and Emailed on
1/11/21 by AL - 26 pages.
(date)  (initials)  (num)

# COMPLAINT FORM
(for filers who are prisoners without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

(Full name of plaintiff(s))

Jeremy Blue

vs

(Full name of defendant(s))

Carman Schilling

Angelicas Reynolds

FILED
01/11/2021
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Case Number:

1:21-cv-67-JPH-TAB

(To be supplied by clerk of court)

A. PARTIES:

1. Plaintiff is a citizen of __Indiana__, and is located at
   (State)

   __Pendleton Correctional Facility__
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper).

2. Defendant __C. Schilling__
   (Name)

is (if a person or private corporation) a citizen of _____
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for Wexford's Health, Pendleton Corr. Fac., Pendleton, IN
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

On (11-17-20) in (GCH) directly outside of range #(2C) in a room M. Knieser did not wear gloves, sanitize or wash his hand before touching my face & nose. Before touching me touch numerous objects as well as another inmate. He also inappropriately layed his hand on my upper thigh, say something I do not remember. On (11-14-20) against policy for officers & medical staff I was not properly treated. I complained of chest pains to Sargent Oope I believe, then he left off of the range later returning and placing me in a shake down both for at least 20 minutes before sending me to medical where C. Schilling and A. Reynolds waited for about an half of a hour giving me a EKG test which was suppose to be done within 15 minutes. To make matters worst neither Nurse wash or sanitized their hands or wore gloves before touching my

Attached to complaint

3. Defendant - A. Reynolds Worked Wexford's Health, Pendleton Corr Fac Pendleton, In 46064

bare hands. I believe they were making attempts of giving me covid 19 which I might have, they touched numerous objects which looked to be unclean before touching me. I filed two separate grievances on these issues on (11-14-20) & (11-17-20) they were returned on (12-08-20) so I resubmitted them on (12-09-20) because they were grievable issues. Then they were returned 12-29-20 stating I waited to long to file, I did not. Christina Conwyer replied to each grievance I believe her responses are based on her trying to help her co-worker get away with their crimes. refer to Attached Grievances table Exhibit A, Exhibit B, Exhibit C, and Exhibit D. All form equal a total of 8 pages.

I know I have been wronged but I do not know the exact label for each crime and my tablet has been broken due to facility, so research is even more limited. I am also on a lock up resticted to my cell and have since before these issues arised

It is ovious that C. Schilling and A. Reynolds and M. Kieser are retaliating against me for filing a previous law suit and some DoC employee are helping them do so

I am not sure of the exact officer in this case because I have not been allowed to access the information nor has I.T. replied to any of my requests ever.

C.  JURISDICTION

☑  I am suing for a violation of federal law under 28 U.S.C. § 1331.
   OR

☐  I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$ _____.

D.  RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I believe that $200,000 from each medical member named and $50,000 from C. Conyers would not be asking for to much ~~compensation for this~~ ~~~~. And $50,000 from the Officer.

E. JURY DEMAND

☑ Jury Demand – I want a jury to hear my case
OR

☐ Court Trial – I want a judge to hear my case

Dated this 8th day of January 20 21.

Respectfully Submitted,

_____
Signature of Plaintiff

245250
Plaintiff's Prisoner ID Number

_____
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

D-6 (revised 12/28/15)    Complaint - 5