UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JEREMY BLUE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:21-cv-00067-JPH-TAB |
| | ) |
| CARMAN SCHILLING, | ) |
| ANGELICA REYNOLDS, | ) |
| | ) |
| Defendants. | ) |

## FINAL JUDGMENT

The Court having this day made its Order directing the entry of final judgment, now enters FINAL JUDGMENT. This action is dismissed without prejudice.

Date: 4/20/2021

ROGER A.G. SHARPE, Clerk of Court

By: _Pam Pope_
Deputy Clerk

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Jeremy Blue
245250
Pendleton - Correctional Industrial Facility
Correctional Industrial Facility
Inmate Mail/Parcels
5124 West Reformatory Road
Pendleton, IN 46064